**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 7, 2012.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-11-00788-CV

## FLEX REALTY, L.P. AND FLEX INVESTMENTS, L.P., Appellants

### V.

## JANICE LYN CASEY, SUCCESSOR INDEPENDENT EXECUTOR OF THE ESTATE OF KATHERINE A. JACOBSON, DECEASED, Appellee

**On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Cause No. 09-DCV-175411**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 25, 2011. On February 1, 2012, appellants filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Boyce.